■ In the Matter of TOP BRASS INC., Doing Business as JUBILATION, Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.—Judgment, Supreme Court, New York County (Milton L. Williams, J.), entered on or about August 9, 1991, unanimously affirmed for the reasons stated by Williams, J. without costs and without disbursements. No opinion. Concur —Murphy, P. J., Carro, Rosenberger and Ellerin, JJ.

■ MASSACHUSETTS BAY INSURANCE COMPANY, as Subrogee of ADVERTISING TO WOMEN, INC., Plaintiff, v OSWALD CISNEROS et al., Defendants, et al., Third-Party Plaintiff. RIVER HOUSE REALTY CO., INC., Third-Party Defendant and Fourth-Party Plaintiff-Respondent; PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Fourth-Party Defendant-Appellant.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on or about November 12, 1991, unanimously affirmed for the reasons stated by Sherman, J., with costs and with disbursements. No opinion. Concur—Carro, J. P., Milonas, Ellerin, Wallach and Kupferman, JJ.

■ In the Matter of RUDOLPH ODOM, Respondent, v NEW YORK CITY POLICE DEPARTMENT et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Stanley Parness, J.), entered on June 10, 1991, unanimously affirmed for the reasons stated by Parness, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Kassal, JJ.

■ 25 BROADWAY REALTY COMPANY, Appellant, v TRAVELERS INSURANCE COMPANY, Respondent.—Order and judgment (one paper), Supreme Court, New York County (Walter M. Schackman, J.), entered on October 18, 1991, unanimously affirmed for the reasons stated by Schackman, J., with costs and with disbursements. No opinion. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Kassal, JJ.